The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 6, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: December 6, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 18-14901 |
| CHARLES A. MONTE | CHAPTER 7 |
| Debtor | JUDGE ARTHUR I. HARRIS |
| | ORDER GRANTING MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER FOR RELIEF FROM STAY AND ABANDONMENT |
| | PROPERTY ADDRESS<br>7544 Miami Drive<br>Mentor on the Lake, OH 44060 |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") (Docket Entry #21) filed by NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Movant"). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor. the Chapter 7 Trustee and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a

response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 7544 Miami Drive, Mentor on the Lake, OH 44060.

IT IS SO ORDERED.

SUBMITTED BY:

/s/ Mark R. Lembright
ALBERTELLI LAW PARTNERS OHIO, LLC
BY: Mark R. Lembright (0041545)
Counsel for Movant
1001 Lakeside Avenue, Suite 1300
Cleveland, OH 44114
Phone: (216) 588-1500
Fax: (216) 771-4334
mlembright@alaw.net

# CERTIFICATE OF MAILING

**Served by Regular U.S. Mail**

Charles A. Monte
7544 Miami Drive
Mentor on the Lake, OH 44060
Debtor

Fifth Third Bank
1830 E. Paris Avenue SE
Grand Rapids, MI 49546
Party of Interest

**Electronic Mail Notice List**

The following is a list of parties who are currently on the list to receive e-mail notice/service for this case:

James M. Doran
jdoran@amourgis.com
Debtor's Attorney

David O. Simon, Trustee
david@simonlpa.com

Mark R. Lembright, Esq.
Attorney for Movant
mlembright@alaw.net

Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave. East   Ste. 441
Cleveland, OH 44114

024243.ord;jz

###